RECEIVED
JUN 26 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TROY WAYNE JONES | CIVIL ACTION NO. 05-2250 |
| versus | JUDGE HICKS |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the court is a request by Plaintiff seeking appointed counsel, discovery, a temporary restraining order and a transfer to another facility (Doc. 24). Plaintiff claims, among other things, that Defendants are "conducting brainwave electronic police entrapment in which takes data and asks questions of human brain and heart." Motion, ¶ 2. Plaintiff previously asked for appointed counsel, a restraining order and a transfer, and his requests were denied. Docs. 14 and 20. His request for reconsideration was also denied. Doc. 23. Plaintiff's attempt to reurge the requests again are also **denied**. Plaintiff is **warned** that if he continues to file baseless motions, he may be sanctioned by the court.

Plaintiff's only new request in the pending motion (Doc. 24) appears to be his request for discovery. This request is also **denied** because: (1) discovery is premature at this stage of the proceeding; and (2) requests for discovery are not filed with the court. Local Rules 26.5W and 26.6W.

Accordingly, **Plaintiff's motion (Doc. 24) is denied** in its entirety.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 26 day of June, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE